Date: 03/29/11    CK #115 RECP #152167    Page: 1

# DIVIDENDS REMITTED TO THE COURT
Check Number 115 Dated 03/29/11
Case Number 10-12506 - LUCEK, KAREN A.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374<br>0546 | 000010 | 73.99 | 1.79 |
| University Hospitals Medical Group<br>PO Box 74116<br>Cleveland, OH 44194-4116<br>9634 | 000012 | 55.00 | 1.33 |
| PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-7007 | 000015 | 127.86 | 3.08 |
| Steinberger & Myers, DDS<br>Hillcrest Medical Building I<br>6803 Mayfield Road<br>Suite 209<br>Cleveland, OH 44124-2229<br>2520 | 000017 | 85.00 | 2.05 |
| ---------- Remittance Total ---------- | | 341.85 | 8.25 |

DAVIS, STEVEN S., Trustee


FILED 11 APR -7 PM 3:35
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND